THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jason R. Brown, Appellant.
 
 
 

Appeal From Lexington County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2008-UP-488
 Submitted August 1, 2008  Filed August
15, 2008   

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER
 CURIAM:  Jason Brown appeals his three year sentence for
 possession with intent to distribute crack cocaine, first offense.  Brown
 argues the trial court erred in permitting the solicitors opening statement
 because it so infected the trial with unfairness, the resulting conviction was
 a denial of due process.  After a
 thorough review of the record pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsels motion to be relieved.[1] 
APPEAL DISMISSED.
KONDUROS, J.,
CURETON, and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.